RECEIVED
IN LAKE CHARLES, LA
DEC 2 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:05CR20243-001** |
| **V.S..** | : | **JUDGE MINALDI** |
| **ALLEN PAUL MANUEL, JR.** | : | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM ORDER

Before the court is a petition for revocation of pretrial released. The matter came up for a hearing this date pursuant to 18 U.S.C. § 3148.

Defendant appeared before the undersigned on November 21, 2005. At that time he was ordered released subject to specified conditions. These conditions included: (1) that the defendant shall not commit any offense in violation of federal, state or local law while on release in this case, (2) that the defendant refrain from any use or unlawful possession of a controlled substance as defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner, and (3) home detention in the custody of his father. Defendant was also required to submit to random drug screens.

It is alleged that defendant has violated the conditions of his pretrial release by (1) testing positive for the possession and use of cocaine; (2) committing offenses while on release; and (3) failing to abide by the rules of home detention.

This court finds:

(1) that there is probable cause to believe that the defendant committed a state and federal offense (possession and use of cocaine);

(2) that there is clear and convincing evidence that the defendant has violated the

condition of release that he not use or possess any controlled substance unless prescribed by a licensed medical practitioner and that he violated the condition of home detention;

(3) that defendant is unlikely to abide by any condition or combination of conditions of release;

(4) that based on the factors set forth in 18 U.S.C. § 3142(g) the evidence is clear and convincing that there is no condition or combination of conditions that will reasonably assure that the defendant will appear as required and will not be a danger to others.

Accordingly, defendant's release is hereby revoked. The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. To the extent practicable defendant is to be confined in a corrections facility where substance abuse treatment will be available to him. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of December, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE